# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 7, 2024

Lyle W. Cayce
Clerk

———————

No. 23-30379
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Jacque Pierre Young,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:22-CR-183-1

_____

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:*

Jacque Pierre Young pled guilty, with a plea agreement, to one count of possession with intent to distribute methamphetamine and one count of possession of a firearm in furtherance of a drug trafficking offense.  He was sentenced to 264 months in prison on the methamphetamine count, to be followed by a consecutive term of 60 months in prison on the firearm count.

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-30379

Young argues on appeal that the sentence imposed is substantively unreasonable. We engage in a bifurcated review of a district court's sentencing determination, first reviewing the sentence's procedural reasonableness before considering its substantive reasonableness. *See United States v. Robinson*, 741 F.3d 588, 598 (5th Cir. 2014). Because Young has not demonstrated that the district court procedurally erred, we next consider the substantive reasonableness of his sentence under an abuse-of-discretion standard. *See id.*

Sentences within or below the properly calculated guidelines range are presumed to be reasonable. *United States v. Simpson*, 796 F.3d 548, 557 (5th Cir. 2015) (citation omitted). The presumption of reasonableness "is rebutted only upon a showing that the sentence does not account for a factor that should receive significant weight, it gives significant weight to an irrelevant or improper factor, or it represents a clear error of judgment in balancing sentencing factors." *United States v. Cooks*, 589 F.3d 173, 186 (5th Cir. 2009) (citation omitted). Young has not made such a showing.

For these reasons, the judgment of the district court is AFFIRMED.